UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARGARET NESBIT,

                Plaintiff,

-against-

JO ANNE B. BARNHART, Commissioner of the
Social Security Administration,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-2038 (DGT)

An Order of Honorable David G. Trager, United States District Judge, having been filed on August 30, 2005, remanding the case to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), for the reasons set forth on the record at the hearing held on July 18, 2005; it is

ORDERED and ADJUDGED that the case is remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), for the reasons set forth on the record at the hearing held on July 18, 2005.

Dated: Brooklyn, New York
         September 01, 2005

Robert C. Heinemann
Clerk of Court

By:  s/Terry Vaughn
      Terry Vaughn
      Chief Deputy Clerk
      for Operations